IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LAWRENCE OMOTAYO ADARALEGBE,

Petitioner,

v. Civil Action No. 2:26-cv-721

ROBERT GUADIAN, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Lawrence Omotayo Adaralegbe ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, challenging his ongoing civil detention pending the outcome of his removal proceedings. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 5.

On October 2, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court deny the Petition because Petitioner, who is subject to detention under § 1226(a), has already received the bond hearing due to him under the statutory framework, that hearing was constitutionally adequate, and Petitioner's continued detention is not constitutionally unreasonable in violation of his due process rights. Dkt. No. 10, at 3–7. The Report and Recommendation further recommends that the Court deny Petitioner's Emergency Motion for a Temporary Restraining Order, Dkt. No. 3. *Id.* at 7. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 8, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and

recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DENIED.** It is **FURTHER ORDERED** that Petitioner's Emergency Motion for a Temporary Restraining Order, Dkt. No. 3, is **DENIED**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 21, 2026